```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA
                          www.flsb.uscourts.gov
                            Division: Miami


IN RE:                                       CASE NO.09-35463-BKC-LMI

Ann Witt Carlson

            DEBTOR(S)
_____/
```

**CERTIFICATE OF SERVICE**

Order Continuing Hearing on Trustee's Motion to Redirect Payment, in Addition to Motion Plan, in Addition to Objection to Claim of Miami Dade County Tax Collector [ECF #125] dated August 22nd, 2014 (DE #128) was served by Electronic Case Filing (ECF) and by postage prepaid mail to the parties listed below on this 29th day of AUGUST, 2014.

```
                                    By: /s/_____
                                    NANCY K. NEIDICH, ESQUIRE
                                    STANDING CHAPTER 13 TRUSTEE
                                    P.O. BOX 279806
                                    MIRAMAR, FL 33027
                                    (954) 443-4402
```

COPIES FURNISHED TO:


Kimberly Sanchez, Esq  (ECF)