

**ORDERED in the Southern District of Florida on September 29, 2014.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**
_____

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA
                  www.flsb.uscourts.gov


                              PROCEEDINGS UNDER CHAPTER 13
                              CASE NO.: 13-31335-BKC-AJC
IN RE:
ILSE MARIA DE LA HOZ
              DEBTOR(S)
_____/
```

ORDER GRANTING TRUSTEE'S MOTION TO REDIRECT PLAN
PAYMENTS, MOTION TO MODIFY AND OBJECTION TO CLAIM

THIS CASE came on to be heard on September 9, 2014 on the Trustee's Motion to Redirect in addition Motion to Modify Plan and Objection to Claim, and based on the record, it is

ORDERED as follows:

1. The Trustee's Motion to Redirect Payment is granted.

2. The Trustee shall not disburse any further plan payments to the creditor: MIAMI DADE TAX COLLECTOR. Those payments designated for the creditor: MIAMI DADE TAX COLLECTOR shall be re-directed to payment of the general unsecured creditors pro-rata, or, if none, to the debtor

after reduction for trustee's fees.

    3.   Miami Dade Tax Collector Proof of Claim #7 is reduced to the $2,698.92 already received.

###

PREPARED BY:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE IS DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES, INCLUDING THOSE LISTED ABOVE, IMMEDIATELY UPON RECEIPT THEREOF.