United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 09-35463-LMI
Ann Witt Carlson                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1         User: covington         Page 1 of 1           Date Rcvd: Sep 30, 2014
                             Form ID: pdf004        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2014.
db              +Ann Witt Carlson,   2645 SE 5th Court,   Homestead, FL 33033-5287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2014 at the address(es) listed below:
        City of Homestead, FL    dgonzales@wsh-law.com
        Douglas R. Gonzales    on behalf of Creditor   City of Homestead, FL dgonzales@wsh-law.com
        Howard M Spector    on behalf of Creditor   Propel Financial 1, LLC sshank@spectorjohnson.com,
         Bankruptcy_PFS@propelfs.com
        Jourdan D Neal    on behalf of Creditor   Champion Mortgage Company jneal@closingsource.net,
         FLECF@closingsource.net;mpeery@closingsource.net;gwise@closingsource.net
        Matthew T Bayard    on behalf of Debtor Ann Witt Carlson mbayard@lsgmi.org.,   mcabrera@lsgmi.org
        Miami-Dade County Tax Collector (Windley)    mdtcbkc@miamidade.gov
        Nancy K. Neidich     e2c8f01@ch13herkert.com
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
        Randy M Bennis, Esq    on behalf of Creditor   Sun Credit Union randy@martinandbennis.com
        Richard S Ralston    on behalf of Creditor   Candica L.L.C. chapter-13@w-legal.com
        Robert M Peery    on behalf of Creditor   Champion Mortgage Company mpeery@closingsource.net,
         jneal@closingsource.net;gwise@closingsource.net;flecf@closingsource.net
        Roy A. Diaz, Esq    on behalf of Creditor   The Bank of New York Mellon rdiaz@smith-hiatt.com,
         SouthernDistrict@Smith-Hiatt.com
        William L Blagg, Esq    on behalf of Creditor   United States of America, Internal Revenue Service
         william.l.blagg@irscounsel.treas.gov
                                                                                                                                               TOTAL: 13



**ORDERED in the Southern District of Florida on September 29, 2014.**

_____
Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA
                 www.flsb.uscourts.gov


                              PROCEEDINGS UNDER CHAPTER 13
                              CASE NO.: 13-31335-BKC-AJC
IN RE:
ILSE MARIA DE LA HOZ
            DEBTOR(S)
_____/
```

<u>ORDER GRANTING TRUSTEE'S MOTION TO REDIRECT PLAN PAYMENTS, MOTION TO MODIFY AND OBJECTION TO CLAIM</u>

THIS CASE came on to be heard on September 9, 2014 on the Trustee's Motion to Redirect in addition Motion to Modify Plan and Objection to Claim, and based on the record, it is

ORDERED as follows:

1. The Trustee's Motion to Redirect Payment is granted.

2. The Trustee shall not disburse any further plan payments to the creditor: MIAMI DADE TAX COLLECTOR. Those payments designated for the creditor: MIAMI DADE TAX COLLECTOR shall be re-directed to payment of the general unsecured creditors pro-rata, or, if none, to the debtor

after reduction for trustee's fees.

    3.   Miami Dade Tax Collector Proof of Claim #7 is reduced to the $2,698.92 already received.

###

PREPARED BY:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE IS DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES, INCLUDING THOSE LISTED ABOVE, IMMEDIATELY UPON RECEIPT THEREOF.