Certificate Number: 03621-FLS-DE-024677537

Bankruptcy Case Number: 09-35463



03621-FLS-DE-024677537

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2014, at 8:12 o'clock PM EST, Ann W Carlson completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: December 9, 2014          By: /s/Wafaa Elmaaroufi

                                Name: Wafaa Elmaaroufi

                                Title: Credit Counselor